THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tyrone Cameron,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-403
Submitted April 18, 2003  Filed June 
 17, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Charles H. Richardson, all of Columbia;  
 and Solicitor Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

 PER CURIAM:  Tyrone Cameron was indicted for assault and battery 
 with intent to kill and criminal domestic violence of a high and aggravated 
 nature (CDV HAN).  Following a jury trial he was convicted of  CDV HAN and sentenced 
 to eight years in prison.  Cameron argues the trial court erred in declining 
 to give the jury an instruction on self-defense.
Camerons counsel attached to the brief a petition to be relieved 
 as counsel, stating after his review of the record he found the appeal without 
 merit.  Cameron did not file a separate pro se brief.  After a 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss [1] Camerons appeal and grant counsels 
 motion to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.